

| JAMES C. DUFF<br>Director | **ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS** | MARY LOUISE MITTERHOFF<br>Associate Director<br>Department of Program Services |
|---|---|---|
| LEE ANN BENNETT<br>Deputy Director | WASHINGTON, D.C. 20544 | WILLIAM T. BARTO<br>Chief<br>Judicial Services Office |

April 16, 2020

Mr. Rob Farrell
Clerk, United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 2-241
Boston, MA 02210-3002

Mr. Frank G. Johns
Clerk, United States District Court for the Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street, Room 195
Charlotte, NC 28202

Dear Mr. Farrell and Mr. Johns:

    Enclosed is the Chief Justice's designation of the Honorable William G. Young of the United States District Court for the District of Massachusetts to perform judicial duties in the United States District Court for the Western District of North Carolina in 1-20-cv-00066, Roe v. United States. Pursuant to 28 U.S.C. § 295, please file and enter this assignment on the minutes of your respective courts.

    Please feel free to contact me at (202) 502-1177 if you have any questions or concerns.

Sincerely,

Anne McKenna
Senior Attorney
Judicial Programs

Enclosures: (Clerk of Lending Court, Mr. Farrell - Original Designation)
(Clerk of Borrowing Court, Mr. Johns - Certified Copy of Designation)

cc: Honorable William G. Young
Ms. Susan J. Goldberg
Mr. James N. Ishida

## DESIGNATION AND ASSIGNMENT
## OF AN ACTIVE UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Western District of North Carolina in 1-20-cv-00066, Roe v. United States. The Chief Judge of the United States Court of Appeals for the First Circuit has consented to the designation and assignment of the

### HONORABLE WILLIAM G. YOUNG

a Judge of the United States District Court for the District of Massachusetts for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable William G. Young to perform judicial duties in the United States District Court for the Western District of North Carolina for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 4/6/20

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy