DESIGNATION OF DISTRICT JUDGE
FOR SERVICE ON COURT OF APPEALS

_____

WHEREAS the business of the Court of Appeals for the Circuit requires the designation and assignment of a district judge to sit upon the court; now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(a), I do hereby designate and assign the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, to sit upon the United States Court of Appeals for the Fourth Circuit on Friday, September 11, 2020, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

_____
Chief Judge
Fourth Circuit

Dated ___June 30_____, 2020