# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, to hold a district court in the District of South Carolina in the case of *Spann, et al. v. United States Probation Office, et al.*, No. 3:20-cv-2628, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

                                                              Chief Judge
                                                              Fourth Circuit

Dated: July 29, 2020